# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| VFS US LLC, a Delaware limited liability company, | Civil No. 07-3959 (RHK/JJK) |
| Plaintiff, | **FINDINGS OF FACT AND ORDER OF JUDGMENT** |
| v. | |
| Dahl Bros. Transportation, Inc., Kevin Dahl, and Paula Dahl, | |
| Defendants. | |

This matter came for hearing on Plaintiff's Motion for Summary Judgment (Docket No. 33), on January 7, 2009, before United States District Court Judge Richard H. Kyle in Courtroom 7A at 8:00 a.m.  James R. Bedell, Esq., Moss & Barnett, P.A., 4800 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402, appeared on behalf of the plaintiff.  None of the defendants appeared.

Based upon Plaintiff's Motion for Summary Judgment, the evidence deduced, and all the files, records and proceedings herein, the Court makes the following:

## FINDINGS OF FACT

1.  Pursuant to the Court's Order of June 17, 2008 (Docket No. 29), the defendants' Responses to Plaintiff's Requests for Admissions were deemed admitted;

2.  The Defendants have failed to respond to Plaintiff's Motion for Summary Judgment or otherwise appear;

## ORDER

**IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Summary Judgment is hereby **GRANTED**.

2. An Order for Judgment in favor of Plaintiff against Defendants Dahl Bros. Transportation, Inc., Kevin Dahl and Paula Dahl in the total amount of $176,737.95 shall be entered. The judgment shall set forth that Defendants Dahl Bros. Transportation, Inc and Kevin Dahl are jointly and severally liable for the total amount of the judgment and Defendant Paula Dahl is jointly and severally liable for $7,707.79 of the total amount of the judgment.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

BY THE COURT:

Dated: January 13, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge